UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY WILLIAMS<br><br>　　　　　　　　Plaintiff,<br>v.<br>ALLY BANK,<br><br>　　　　　　　　Defendant. | Case No.: 23-cv-2210-W-SBC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 19]** |

　　　Pending before the Court is a joint motion ([Doc. 19], "Joint Motion") by plaintiff Darcy Williams ("Plaintiff") and defendant Ally Bank ("Defendant") (collectively, the "Parties") to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

　　　**IT IS SO ORDERED.**

Dated: July 9, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge